LORETTA I. GALLAGHER, as Executrix of EDWARD J. GALLAGHER, Deceased, Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

*Gallagher* v. *Long Island R. R. Co.*, 142 App. Div. 904, affirmed.
(Submitted December 12, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1911, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Adolph Ruger, W. P. Vinning* and *Thomas W. Butts* for appellant.

*William C. Beecher* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.